PER CURIAM.

Appellant is here appealing from an order denying his petition for habeas corpus. An examination of the record disclosing that the claim of petitioner below was entirely without merit, and that the judgment denying his petition was right, the judgment is affirmed.

**Otis SPENCER, Petitioner, v. UNITED STATES DISTRICT COURT FOR DISTRICT OF MINNESOTA.**

No. 14333.

United States Court of Appeals
Eighth Circuit.

March 14, 1951.

Otis Spencer, pro se.

PER CURIAM.

Motion and Supplemental Motion of Petitioner for order to be issued to District Court to show cause why it dismissed motion of petitioner to vacate sentence, etc., denied.

**Bernard Hubert TABOR, Appellant, v. W. H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 13542.

United States Court of Appeals
Fifth Circuit.

April 23, 1951.

Bernard H. Tabor, in pro. per.

Harvey H. Tisinger, Asst. U. S. Atty., J. Ellis Mundy, U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and HOLMES and BORAH, Circuit Judges.

PER CURIAM.

Appellant is here appealing from an order denying his petition for habeas corpus. An examination of the record disclosing that the claim of petitioner below was entirely without merit, and that the judgment denying his petition was right, the judgment is affirmed.

**In re Earl W. TAYLOR, Petitioner.**

No. 14331.

United States Court of Appeals
Eighth Circuit.

March 12, 1951.

Earl W. Taylor, pro se.

PER CURIAM.

Petition of Petitioner for Review and/or Complaint for Declaratory Judgment, etc., dismissed for want of jurisdiction.

**Earl W. TAYLOR, Petitioner, v. BOARD OF EXAMINERS AT AND FOR U. S. MEDICAL CENTER, SPRINGFIELD, MO.**

No. 14330.

United States Court of Appeals
Eighth Circuit.

March 12, 1951.

Earl W. Taylor, pro se.

PER CURIAM.

Application of Petitioner for Writ of Prohibition against Board of Examiners at and for the United States Medical Center, Springfield, Missouri, denied for want of jurisdiction.